No. 13-1247

UNITED INDUSTRIAL, SERVICE, TRANSPORTATION,
PROFESSIONAL AND GOVERNMENT WORKERS
OF NORTH AMERICA SEAFARERS INTERNATIONAL
UNION, ON BEHALF OF ERNEST BASON,
                                Petitioner

v.

GOVERNMENT OF THE VIRGIN ISLANDS

(V.I. S. Ct. Civ. No. 2011-0115)

Present: FISHER, COWEN and NYGAARD, Circuit Judges

1. Notice by Supreme Court of the Virgin Islands of Filing of Amicus Curiae Brief or, in the alternative, Motion for Leave to File Amicus Curiae Brief in Support of Neither Party;

2. Response by Respondent Joining the Supreme Court of the Virgin Islands' Amicus Curiae Brief;

3. Response by Petitioner in Opposition to Notice of Filing of Amicus Curiae Brief or, in the alternative, Motion for Leave to File Amicus Curiae Brief in Support of Neither Party.

                                                             Respectfully,
                                                             Clerk/nmr

_____ORDER_____

The Virgin Islands Supreme Court's request that this Court accept the filing of its amicus curiae brief pursuant to Federal Rule of Appellate Procedure 29(a) is denied. The Virgin Islands Supreme Court does not qualify as "a state" under Rule 29(a). Its alternative motion for leave to file the amicus curiae brief pursuant to Federal Rule of Appellate Procedure 29(b) is granted. The Union's request to disqualify and to restrict the length of any substitute brief is denied. The Union may file a response to the Virgin Islands Supreme Court's amicus curiae brief (which, pursuant to Federal Rule of Appellate

Procedure 32, shall contain no more than 7000 words) within 21 days of the date of this Order.

By the Court,

s/ Robert E. Cowen
Circuit Judge

Dated: July 2, 2014
DWB/cc:
    Joss N. Springette, Esquire
    Namosha Boykin, Esquire
    Amos W. Carty, Esq.
    Pedro K. Williams, Esq.
    Anthony M. Ciolli, Esq.